**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Miguel DIAZ–ACOSTA,**
**Defendant–Appellant.**

**No. 10–11118**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 7, 2011.

Yvette Rhodes, A. Brian Albritton, Jeffrey Scott Downing, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Howard C. Anderson, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Carlos Diaz–Acosta, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Diaz–Acosta's conviction and sentence are **AFFIRMED.**